ary 17, 1902.) Action by Richard Wherry against Annie Gaudy. From a judgment for plaintiff, defendant appeals. Affirmed. Walter W. Bahan, for appellant. Clarence Edwards, for respondent.

WOODWARD, J. It hardly seems necessary to discuss this case. Appellant's counsel, if he has any confidence in the appeal, does not suggest any very tangible grounds for interference. His brief consists of the single sentence: "The judgment is against the weight of evidence and should therefore be reversed." It is not against the weight of evidence. The plaintiff has established his cause of action, and the most that can be said is that there is a conflict of evidence, which the trial court has resolved in favor of the plaintiff, and, as I think, correctly. There should be an affirmance of the judgment. Judgment of the municipal court affirmed, with costs. All concur.

WHIPPLE, Appellant, v. MECHANIC-VILLE BRICK CO.. Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Frank Whipple against the Mechanicville Brick Company. No opinion. Judgment unanimously affirmed, with costs.

WHITAKER, Respondent. v. STATEN IS-LAND M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Katherine V. Whitaker against the Staten Island Midland Railroad Company. No opinion. Motion denied.

In re WHITE et al. (Supreme Court, Appellate Division, First Department. November 8, 1901.) In the matter of Joseph A. White and Stella E. White. No opinion. Order affirmed, with $10 costs and disbursements.

WHITEHILL, Respondent, v. WHITE-HILL, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Mary E. Whitehill against John E. Whitehill. O. J. Hardy, for appellant. R. Goeller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WIDDOWSON, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Lizzie Widdowson against the Third Avenue Railroad Company. J. J. O'Kennedy, for appellant. T. H. Lord, for respondent. No opinion. Judgment and order affirmed, with costs.

WILSON, Respondent, v. ÆOLIAN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Annie E. Wilson, as administratrix with the will annexed of Henry Wilson, deceased, against the Æolian Company and another. No opinion. Motion for reargument granted, and case set down for a hearing on the 25th day of November, 1901. See 72 N. Y. Supp. 1134.

WILSON, Respondent, v. ÆOLIAN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Annie E. Wilson, as administratrix, etc., of Henry Wilson, deceased, against the Æolian Company and another. No opinion. Motion for leave to appeal to the court of appeals granted upon reargument. See supra.

WILSON, Appellant, v. NASSAU ELEC-TRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Thomas P. Wilson against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed on argument, and new trial granted; costs to abide the event.

WINTERS v. ODELL et al. (Supreme Court, Appellate Division, First Department. November 22, 1901.) Action by Byram L. Winters against Stephen J. Odell and others. No opinion. Motion granted, with $10 costs.

WOOD, Appellant, v. BAUDER, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Mary B. Wood against Simon P. Bauder. No opinion. Judgment unanimously affirmed, with costs.

WOODCOCK, Respondent, v. LEAVY & BRITTON BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Isaac Woodcock against the Leavy & Britton Brewing Company. No opinion. Order granting new trial affirmed; costs to abide the event.

WOOSTER, Appellant, v. LANE, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Edward L. Wooster against Alfred B. Lane. No opinion. Order affirmed, with $10 costs and disbursements.

WRIGHT, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by John W. Wright against Charles R. Walker, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.

In re ZEIMER. (Supreme Court, Appellate Division, First Department. November 8, 1901.) In the matter of Henry Zeimer. No opinion. Motion granted.

END OF CASES IN VOL. 73.